
AMERICAN EXPRESS ® BUSINESS TRAVEL

# Travel Arrangements for NAOMI B WALTMAN

**Record Locator**

**Trip ID**

    CBS CORPORATE - LAW LITIGATION

    NAOMI WALTMAN
    51 W 52 / 31-15
    NEW YORK, NY 10036-5794

**Agent ID :**

555 W 57th Street - 11th Floor - New York, NY 10019
Phone1: (212) 975-2051 / Phone2: (800) 458-8518 / Fax: (212) 262-9397

## Invoice Details

**Ticket Information**

| | | |
|---|---|---|
| Airline Code | Ticket Date | 12/5/06 |
| Ticket Number | Invoice | 0376456 |
| Check Digit | Electronic | Yes |

**Billing Code**

**Charges**

| | |
|---|---|
| Ticket Base Fare | 546.98 |
| Ticket Tax Fare | 61.62 |
| Total (USD) Ticket Amount | 608.60 |

Airfare charged to American Express
Billing Account:

| | |
|---|---|
| Total | 608.60 |

A TRANSACTION FEE OF 36.00 HAS BEEN CHARGED FOR EACH TICKET. PLEASE INCLUDE THIS FEE WHEN SUBMITTING YOUR EXPENSE REPORT.

REDACTED