AMERICAN EXPRESS ® **BUSINESS TRAVEL**

# Travel Arrangements for NAOMI B WALTMAN

| | | | |
|---|---|---|---|
| **Record Locator** | MQJDSH | **Agent ID : 06** | |
| **Trip ID** | 11374830225 | 555 W 57th Street - 11th Floor - New York, NY 10019 | |
| | CBS CORPORATE - LAW LITIGATION | Phone1: (212) 975-2051 / Phone2: (800) 458-8518 / Fax: (212) 262-9397 | |
| | NAOMI WALTMAN | | |
| | 51 W 52 / 31-15 | | |
| | NEW YORK, NY 10036-5794 | | |
| | NONREFUNDABLE FARE/SEE BELOW | | |

## Invoice Details

### Ticket Information

| | | | | | |
|---|---|---|---|---|---|
| Airline Code | 037 | Ticket Date | 12/5/06 | | |
| Ticket Number | 7800280857 | Invoice | 0376456 | | |
| Check Digit | 6 | Electronic | Yes | | |

### Billing Code

### Charges

| | |
|---|---|
| Ticket Base Fare | 546.98 |
| Ticket Tax Fare | 61.62 |
| Total (USD) Ticket Amount | 608.60 |

Airfare charged to American Express
| | |
|---|---|
| Billing Account: | REDACTED |
| **Total** | 608.60 |

A TRANSACTION FEE OF 36.00 HAS BEEN
CHARGED FOR EACH TICKET. PLEASE INCLUDE THIS
FEE WHEN SUBMITTING YOUR EXPENSE REPORT.

## Travel Details                              Sunday March 11, 2007

THANK YOU FOR CALLING AMERICAN EXPRESS TRAVEL

### Additional Messages

////////////////////////////////////////
FOR CBS TRAVEL PROGRAMS AND UP TO DATE INFO
PLEASE VISIT WWW.TRAVEL.CBS.COM
////////////////////////////////////////
THIS AMERICAN EXPRESS TRAVEL INVOICE / ITINERARY
MUST BE SUBMITTED WITH YOUR EXPENSE REPORT FOR
REIMBURSEMENT.
////////////////////////////////////////

FOR ASSISTANCE BETWEEN 830A-630P EST
CALL 212-975-2051 OR 1-800-458-8518

FOR ASSISTANCE BETWEEN 630P AND 900P EST
CALL 800-567-6234

AFTER 9PM EST, WEEKENDS OR HOLIDAYS..FOR EMERGENCY
ASSISTANCE CALL 888-228-6757 - ACCESS CODE - S-5JJ0
OUTSIDE USA CALL COLLECT 313-317-3657
THERE IS A 20USD SERVICE FEE APPLIED PER CALL
-----------------------------------
PHOTO ID REQUIRED FOR ALL DOMESTIC FLIGHTS
-----------------------------------
IF CANCELLING A HOTEL RESERVATION MAKE SURE
TO OBTAIN A CANCELLATION NUMBER TO AVOID
NO-SHOW BILLING AND PENALTIES
-----------------------------------
PLEASE DECLINE ADDITIONAL INSURANCE FOR
ALL CAR RENTALS.

THIS IS A NON REFUNDABLE TICKET. THIS TICKET WILL
LOSE ALL VALUE IF NOT USED OR CXLD BY THE ORIGINALLY
TICKETED FLIGHT. THE TICKET MAY BE CHANGED PRIOR TO
THE TICKETED DAY OF DEPARTURE FOR A CHANGE FEE PLUS
ANY DIFFERENCE IN FARE.
THIS IS AN ELECTRONIC TICKET
A PASSENGERS RECEIPT MAY BE REQUESTED AT THE
AIRPORT FOR EXPENSE PURPOSES
PLEASE CALL TO PROCESS A REFUND, EXCHANGE, OR VOID.


For Itinerary changes, please contact your travel office via telephone.

**From:** Hines, Ronald L
**Sent:** Tuesday, December 19, 2006 11:14 AM
**To:** Soto, Evelyn
**Subject:** E Ticket Receipt for Naomi Waltman

```
ELECTRONIC TICKET RECORD
INV:0376456       CUST:0000317848          PNR:MQJDSH
TKT:0377800280857   ISSUED:05DEC06  PCC:5JJ0  IATA:33530151
NAME:WALTMAN/NAOMI B
NAME REF:5JJCORP
FOP: AX379461684181008*0810 /182779 S
CPN A/L  FLT CLS DATE  BRDOFF TIME ST F/B      STAT
1   US  3263 W  11DEC  LGAIND 945A OK WA0N1    OPEN
2   NW  4779 H  11DEC  INDLGA 610P OK H0ANV    OPEN

STNDBY/CHG FEE NO RFND CXL BY FLT DT/
FARE  USD546.98 TAX  41.02US TAX  6.60ZP TAX  5.00AY
          TAX   9.00XF
TOTAL  USD608.60

NYC US IND273.49WA0N1 NW NYC273.49H0ANV 546.98 END ZPLGAIND XT5
.00AY9.00XFLGA4.5IND4.5
```